# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| ROBERT J. ROBINSON, | ) |
|         Petitioner, | ) |
| v. | ) Docket no. 1:22-cv-00310-GZS |
| STATE OF MAINE, | ) |
|         Respondent. | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On October 13, 2022, the United States Magistrate Judge filed with the Court his Recommended Decision (ECF No. 2). On October 21, 2022, Petitioner filed his Objection to the Recommended Decision (ECF No. 3).

The Court has reviewed and considered Petitioner's Petition for habeas relief under 28 U.S.C. § 2254 and his Objection. Having made a _de novo_ determination of all matters adjudicated by the Magistrate Judge's Recommended Decision, the Court concurs with the recommendations of the Magistrate Judge for the reasons set forth in the Recommended Decision. As a result, the Court determines that no further proceedings are necessary with respect to this Recommended Decision.

It is therefore **ORDERED** that:

1. The Recommended Decision (ECF No. 2) is hereby **AFFIRMED**.

2. An evidentiary hearing is not warranted under Rule 8 of the Rules Governing Section 2254 Cases.

3. Petitioner's Petition for habeas relief under 28 U.S.C. § 2254 (ECF No. 1) is hereby **DENIED**.

5. A certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2254 Cases is hereby **DENIED** because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

                                        /s/ George Z. Singal
                                        United States District Judge

Dated this 31st day of October, 2022.